IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00971-REB-MJW

SCOTT R. GOTTLIEB,

    Plaintiff,

v.

BARRY PARDUS, Mgr. Office of Clinical Services,
LYNN ERICKSON, Health Service Administrator at CSP,
J. WERMER, Medical Doctor at C.S.P., and
KATHLEEN BOYD, Nurse Practitioner at C.S.P., all in their individual and official
    capacities,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 6/20/06

BY THE COURT:

Rob Blackburn

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  06-cv-00971-REB-MJW

Scott R. Gottlieb
Prisoner No. 107486
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

Barry Pardus, Lynn Erickson,
J. Wermer, and Kathleen Boyd – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
DELIVERED ELECTRONICALLY

John Suthers, Attorney General
Office of the Attorney General
COURTESY COPY
DELIVERED ELECTRONICALLY

        I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Barry Pardus, Lynn Erickson, J. Wermer, and Kathleen Boyd: COMPLAINT FILED 5/24/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 6/23/06 .

GREGORY C. LANGHAM, CLERK

By: _____
                        Deputy Clerk