**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00971-REB-MJW

SCOTT GOTTLIEB,

    Plaintiff,

v.

BARRY PARDUS, Mgr. Office of Clinical Services,
LYNN ERICKSON, Health Service Administrator at CSP,
J. WERMER, Medical Doctor at CSP, and
KATHLEEN BOYD, Nurse Practitioner at CSP,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

    The matter before me is the magistrate judge's **Recommendation on Motion to Dismiss in Part (Docket No. 16)** [#21], filed September 22, 2006.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation on Motion to Dismiss in Part (Docket No. 16)** [#21], filed September 22, 2006, is **APPROVED AND ADOPTED** as an order of this

---

[1] This standard pertains even though plaintiff is proceeding *pro se.*  ***Morales-Fernandez***, 418 F.3d at 1122.

court; and

      2.  That defendant's **Motion to Dismiss in Part** [#16], filed August 22, 2006, is **GRANTED**;

      3.  That Claim Two of the complaint is **DISMISSED WITH PREJUDICE** as duplicative of Claim One;

      4.  That plaintiff's claims against defendants Barry Pardus and Lynn Ericson are **DISMISSED WITH PREJUDICE**, and that Pardus and Ericson are **DROPPED** as named parties to this action, and the case caption is **AMENDED** accordingly; and

      5.  That plaintiff's claims for monetary damages against defendants J. Wermer and Kathleen Boyd in their official capacities are **DISMISSED WITH PREJUDICE**.

      Dated October 23, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            **Robert E. Blackburn**
                                            **United States District Judge**