IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-00971-REB-MJW**

SCOTT R. GOTTLIEB,

    Plaintiff,

v.

BARRY PARDUS, Mgr. Office of Clinical Services,
LYNN ERICKSON, Health Service Administrator at CSP,
J. WERMER, Medical Director at C.S.P., and
KATHLEEN BOYD, Nurse Practitioner at C.S.P.
    In their individual and official capacities,

    Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    It is hereby ORDERED that the plaintiff's letter motion seeking clarification (Docket No. 37) is granted to the extent that the plaintiff is referred to Rule 26(a)(2) of the Federal Rules of Civil Procedure.  It is further

    ORDERED that plaintiff shall submit any and all future requests for relief to the court in the form of a motion, with a certificate of service indicating that a copy has been sent to defense counsel, otherwise the request will be stricken.

Date:  February 12, 2007