IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-00971-REB-MJW**

SCOTT R. GOTTLIEB,

    Plaintiff,

v.

BARRY PARDUS, Mgr. Office of Clinical Services,
LYNN ERICKSON, Health Service Administrator at CSP,
J. WERMER, Medical Director at C.S.P., and
KATHLEEN BOYD, Nurse Practitioner at C.S.P.
    In their individual and official capacities,

    Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    It is hereby ORDERED that Defendants' Motion for Leave to Depose Plaintiff (docket no. 41) is GRANTED finding good cause shown. Defendants are authorized to take the deposition of the Pro Se Incarcerated Plaintiff Scott R. Gottlieb (inmate number 107486) in the Centennial Correctional Facility. Defendants shall comply with all rules and regulations of the Centennial Correctional Facility in conducting such deposition. The deposition of Mr. Gottlieb shall be completed by the discovery cut-off date of May 15, 2007.

Date: April 18, 2007