IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-00971-REB-MJW**

SCOTT R. GOTTLIEB,

    Plaintiff,

v.

BARRY PARDUS, Mgr. Office of Clinical Services,
LYNN ERICKSON, Health Service Administrator at CSP,
J. WERMER, Medical Director at C.S.P., and
KATHLEEN BOYD, Nurse Practitioner at C.S.P.
    In their individual and official capacities,

    Defendants.

## MINUTE ORDER

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion (with no caption) (docket no. 43) is GRANTED. The court will mail to the Pro Se Incarcerated Plaintiff a copy of the United States District Court for the District of Colorado Local Rules of Practice. It should be noted that attached to the Local Rules are suggested forms as requested by the Pro Se Incarcerated Plaintiff.

    IT IS FURTHER ORDERED that the **Clerk of Court shall mail a copy of the Local Rules of Practice** to the Pro Se Incarcerated Plaintiff, along with a copy of this Minute Order.

Date: April 23, 2007