**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00971-REB-MJW

SCOTT GOTTLIEB,

    Plaintiff,

v.

J. WERMER, Medical Doctor at CSP, and
KATHLEEN BOYD, Nurse Practitioner at CSP,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The court is in receipt of plaintiff's letter, which the court has construed as a motion to dismiss [#50], filed April 27, 2007. The defendants have filed a **Response to Plaintiff's Motion for Voluntary Dismissal** [#52], filed May 7, 2007. After careful review of the motion and the response, the court has concluded that the motion should be granted and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the motion to dismiss [#50], filed April 27, 2007, is **GRANTED**;

    2. That this action **IS DISMISSED** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for October 19, 2007, is **VACATED**;

    4. That the jury trial set to commence November 5, 2007, is **VACATED**; and

2

5.  That the memorandum referring the motion to dismiss [#51] is **WITHDRAWN**.

Dated May 7, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2